# EXHIBIT C

December 4, 2017

By : Register Mail and Email

Morgan Stanley
Attn: Timothy Collett and/or Ricardo Jofre
201 S. Biscayne Blvd. Suite 200
Miami, Fl. 33131

Re: Principal account No. ▓▓▓▓ 8-801 and any other accounts owned or under
Fadelma Investments Corp's name (the .`Company'')

Dear Timothy and Ricardo:

I'm please to inform  the Bank and all parties, of  the history and new
findings of the del Corral family. Many of the banks dealt first with my
father Jaime and then with my mother Beatriz. Please find attached tree
presented at USA court. Both of them Acting always on a fiduciary and
management position.(Attachment 1)
From the latest investigation Delcoma (20% ownership myself) assets were
transfer to FADELMA and later to Globalia. (Attachment 2).
Delcoma was not renew in Panama but instead  Beatriz created a new
Panamanian Corporation call  Globalia 100% own by herself, this was
found recently from Maria Cristina de Espinosa records who has been the
Manager and director of Panamanian Corp since the beginning with my
father and myself creation.
Please find attached the statements of Delcoma and FADELMA.
(Attachment 3-4)
Perhaps the most interesting document found on our discovery is the
transfer of the full account from FADELMA to Globalia, see attachment 5
There are records of transfer from Globalia to attempt to move the assets
from the judge jurisdiction. This will harm myself to be able to collect on
what belongs to me.

Globalia source of her funds should be review carefully very carefully also.

If you have any additional questions please don't hesitate to contact me
at cdelcorral@aamerica.co

Sincerely yours,

By: _____
Carlos del Corral Mejia

Attachment #1



INVERSIONES DELCOBE S.A.S COLOMBIA - RESTREPO & ASSOCIATES

BEATRIZ DELCO S.A.S. COLOMBIA RESTREPO & ASSOCIATES

DARROW INVESTMENT GROUP INC NEVIS ISLANDS - RESTREPO & ASSOCIATES

FUMMSONO INC NEVIS ISLANDS - RESTREPO & ASSOCIATES

CALIPSO INVESTMENT LIMITED BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

BIBBIENA PARTNERS INC. NEVIS ISLANDS - RESTREPO & ASSOCIATES

BELISANA MANAGEMENT LIMITED BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

AIRDROP DEVELOPMENTS LIMITED BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

NEW ENTITIES RELATED OR CREATED BY DEFENDANT AFTER MIAMI-DADE LAW SUIT WAS FILED IN FEBRUARY 2015    YEAR 2015

NORKA TRUST BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

FADELMA TRUST BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

BEATRIZ MEJIA DEL CORRAL TRUST VIRGIN ISLANDS - RESTREPO & ASSOCIATES

JAROSTAIN INVESTMENTS FLORIDA CORP - RESTREPO & ASSOCIATES

JAROSTAIN INVESTMENTS CORP. BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

JAROSTAIN TRUST BRITISH VIRGIN ISLANDS - RESTREPO & ASSOCIATES

GLOBALIA CORP PANAMA CORP 2006 OWNED BY DEFENDANT

FADELMA INVESTMENTS CORP PANAMA CORP 1982 DEL CORRAL MEJIA FAMILY OWNED

DELCOMA ABANDONED BY DEFENDANT IN 2004. REASON: ALL SHARES ISSUED BY NAME TO EACH FAMILY MEMBER

YEAR 2004

FADELMA INVESTMENTS CORP PANAMA CORP 1982 DEL CORRAL MEJIA FAMILY OWNED

DELCOMA INVESTMENTS CORP 1982 DEL CORRAL MEJIA OWNED

JAROSTAIN INVESTMENTS CORP 1975 DEL CORRAL MEJIA OWNED

ERGON S.A. PRODUCED 95% OF ALL FUNDS TRANSFERRED TO THE THREE ORIGINAL PANAMA CORPS

ERGON S.A. OWNERS 1966 TO 1985 -19 YEARS
DEL CORRAL MEJIA FAMILY PERCENTAGES
ALEJANDRO DEL CORRAL MEJIA - PLAINTIFF- 24.99%
JAIME DEL CORRAL - PLAINTIFF'S FATHER - 24.99%
MAURICIO DEL CORRAL MEJIA   BROTHER - 24.99%
CARLOS DEL CORRAL MEJIA - BROTHER - 24.99%
BEATRIZ MEJIA DEL CORRAL-DEFENDANT- .001%
OUT OF 2,652,166 SHARES OUTSTANDING IN 1970'S
A TOTAL OF 575 SHARES WERE OWNED DEFENDANT

ERGON S.A. ASSETS TRANSFERED UNDER FIDUCIARY CONDITIONS TO THE 3 MAIN PANAMA CORPS.

YEAR 1966

ERGON LTDA. OWNERS 1949 TO 1966
JAIME DEL CORRAL-PLAINTIFF'S FATHER - 48%
ALBERTO DEL CORRAL-PLAINTIFF'S UNCLE - 48%

YEAR 1949

****The O▊ rm must be "Completed Entirely" and Return▊ Campbell & Company.
210 West Pennsylvania Avenue Suite 770 Towson, MD 21204 to be processed.****

Page 1 of 2

## Campbell Strategic Allocation Fund, L.P.
### Application for Transfer of Ownership / Re-registration Form

*In compliance with Section 10.01 of the Fund's Limited Partnership Agreement, Campbell & Company will only honor transfers of Units (a) which meet at least the minimum amount required for an initial purchase of the Units ($100,000) or (b) which are (i) by gift, (ii) by inheritance or (iii) to an affiliate of the transferring Unitholder, including a family member thereof. Please refer to page 2 for further clarification (f)*

| 1. Current Account Name/Title | 2. Number of Units being Transferred | 3. Partner Number | 4. Old Firm Account Number |
|---|---|---|---|
| FADELMA INVESMENT 100,000 33.226 | | 105392 | ▊ #217 |

*The transferee hereby makes application to succeed to such change, subject to the general partner's rights, to the transferee all rights and interests, as set forth in the partnership below and (to) the transferee to succeed to such interest as Substitute Limited Partner, successor in interest or assignee. The transferor hereby certifies and represents possession of valid sole and all requisite power to assign such interests and that assignment is in accordance with applicable laws and regulations and further certifies, under penalty of law, the following*

**5. REASON FOR TRANSFER** (Check One)
_____ Re-registration   _____ Death**   _____ Gift   _____ Other (please specify) _____
**please include a death certificate, as well as evidence of bequest, such as IRA beneficiary form or probate certificate
Must be signed by the registered holder(s) / Custodian, exactly as names appear on original subscription agreement.

6. Investor's Signature _____ *[signature]* _____ Date: 7/19/6

7. Co-Investor's Signature / Custodian Signature: _____ *[signature]* _____

**8. Medallion Signature Guarantee**

**NEW ACCOUNT INFORMATION**
*The transferee hereby makes application to accept, subject to the general partner's rights, from the transferor all rights and interests, as set forth in the partnership below, and intends to succeed the transferee as a Substitute Limited Partner or Assignee and agrees to accept all the terms and conditions of the partnership agreement and related documents*

9. New Account Name: GLOBALIA CORPORATION  10. New Firm Account # ▊ #169

11. Account SS# or Tax ID#: _____

12. Residential Address Of Investor(s): CALLE MANUEL MARIA ICAZA  PANAMA  PANAMA
(Street (NOT P.O. BOX))   City   State   Zip Code

13. Mailing Address Of Investor(s): P.O.Box 0816 - 00032  PANAMA  PANAMA
Street   City   State   Zip Code

14. Custodian Name & Mailing Address:
(If applicable)   Name of Custodian   Street   City   State   Zip code

**15. REGISTRATION TYPE**   ***For certain types of transfers additional documentation may be required.***

*As you want it to appear in the partnership record (check one)*

**Taxable Transferee:**   **Non-Taxable Transferee:**   **18. Medallion Signature**

**Guarantee**
_____ Individual
_____ Joint Tenants with Right of Survivorship
_____ Tenants in Common
_____ Community Property
_____ Grantor or Other Revocable Trust***
_____ Trust (other than Grantor or Revoc. Trust)***
_____ Estate
✓ Partnership***
✓ Corporation***
_____ UMGA/UTMA (Minor)

_____ IRA or IRA Rollover
_____ Pension***
_____ SEP
_____ Profit Sharing Plan***
_____ Defined Benefit Plan***
_____ 401K***
_____ (Other: Please specify)

By signing, Investor (transferee) makes the representations and agreements written on the reverse side of this form.

16. Investor's Signature _____ *[signature]* _____ 7/19/8   DATE
17. Joint Investor's / Custodian's Signature _____ DATE

*Must be signed by the transferee as indicated in the Registration section of this form. If signature is by trustee(s), executor(s), administrator(s), guardian(s), attorney(s)-in-fact, agent(s). officer(s) of a corporation or another acting in a fiduciary or representative capacity, please indicate capacity.*

## FINANCIAL ADVISOR / FIRM INFORMATION (Mandatory)
19. Firm Name: UBSI   20. Rep (Financial Advisor): FL LAW
21. Rep ID: _____   22. Phone #: 305 648 4609  Fax 305 460 1407  Email: CARLOS.We▊▊
23. ADDRESS: P.O. BILTMORE WAY   CORAL GABLES FL 33134
Street   City   State   ZipCode

** Signature must be gu▊anteed by a member of an approved Signature Guarantee Medallion Program.
**For Questions, please call: 800-698-▊.5**



**HARTFORD WORLD ADVANTAGE CHOICE**
**CONFIRMATION STATEMENT**

THE
HARTFORD
Hartford Advantage
Investment Ltd

000003                          :006

Class X
**HARTFORD ADVANTAGE INVESTMENT LTD**          GLOBALIA CORPORATION
Par La Ville Place                             PO BOX 0816-00032
14 Par La Ville Road                           PANAMA CITY 33149
Hamilton HM 08                                 PANAMA
P.O. BOX HM 2087
Hamilton HM HX
Bermuda

r.

July 07, 2006                          Product Number: 280009

Account Number: ▮▮▮ 145               Account Owner: GLOBALIA CORPORATION

This confirms the account owner name and address change you recently requested.

FROM (old account owner name and address)      TO (new account owner name and address)

FADELMA INVESTMENTS CORP                        GLOBALIA CORPORATION
1121 CRANDON BLVD D-1001                         PO BOX 0816-00032
KEY BISCANE FL 33149                             PANAMA CITY 33149
                                                 PANAMA

You are responsible for verifying the information on this confirmation statement and promptly advising us of any
errors within 30 days of receiving the confirmation. If you have any questions, please contact our Service Center at
1-800-844-7518 (inside the United States), or 001-860-843-6693 (outside the United States), or contact your
investment representative. Our business hours are Monday through Thursday 8:00 a.m. to 7:00 p.m., Friday 8:00
a.m. to 6:00 p.m. Eastern Time.

Your Investment Representative
Name:        ULVERT/WEISSENBERG
Address:     UBS FINANCIAL SERVICES, INC.
             550 BILTMORE WAY
             CORAL GABLES FL 33134
Rep No:      0FL UW

Hartford Advantage Investment LTD





Globalia Corporation
N/ref:    F-390-3
s/ref:

Fecha

22.05.2006

Descripción

Constitución y Registro de la Sociedad:
Capital: US$ 10,000.00 (Diez Mil Dólares)
Escritura Pública No. 6,500 del 22.05.2006
Notaría Décima del Circuito

...IENTO ESPECIAL:

$  800.00

$  150.00

$  50.00

Sin Cargo

E-1363-1

P.O. Box HM 2067
Hamilton, HM HX, Bermuda

$ =0.84= U.S.POSTAGE

JUL 1 1 '06

0000L 3

GLOBAL... COR... ... ION
PO BOX ...16-00...
PANAMA CITY 3314...
PANAMA

AP...
Diligencias:

——— PASAN:

(Attachment 2(3))

# ECF International, S.A.

Tels.: (507) 64-4372 / 69-2048 / 64-0454
Fax:   (507) 69-2008 / 69-6126

Apartado (P.O. Box) 032,
Panamá 5, Panamá.

F-342/3/4-3

5 de Julio de 1.993

Señora Doña
Beatriz Mejía de del Corral
Fax Nº 001 (305) 592-5222
Miami

Estimada doña Beatriz:

Ref:    Jarostain Investment, S.A.
Fadelma Investment Corp.
Delcoma Investment Corp.

Según lo acordado en nuestra conversación telefonica del viernes pasado, adjunto a la presente encontrará el borrador del Acta por la cual se nombran nuevos Directores y Dignatarios de las tres (3) Sociedades mencionadas en referencia.

Este borrador es aplicable en los tras casos, lo único que necesitaría saber es quien debe ocupar cada una de las posiciones de la Junta Directiva, con le fín de hacerlas todas iguales.

Respecto a la cuentas de las sociedades, estas son así:

1.-JAROSTAIN INVESTMENT, S.A.    Septiembre, 1.993

2.-FADELMA INVESTMENTS CORP.    Noviembre, 1.993

3.-DELCOMA INVESTMENTS CORP.    Julio, 1.993

Debido a que hoy le estaré enviando a Alejandro un DHL conteniendo algunos otros documentos, le incluire los Estados de Cuentas correspondientes a cada una de las Sociedades.

Sín otro particular por el momento, me suscribo de usted,

Atentamente,

M.C. de Espinosa

# ECF INTERNATIONAL, S.A.

Apartado No. 0816-00932
Panamá 5, República de Panamá
e-mail: ecorp@ecfinal.com

Tel: + 507 / 264-4372 · 269-2048
Telefax: + 507 / 269-2008
R.U.C. 567-47-118245/50

## ESTADO DE CUENTAS

Fecha:    11.04.2013

**Señora Doña
Beatriz del Corral**
N/ref:
S/ref:

| Fecha | Descripción | Dr. | Cr. |
|---|---|---|---|
| 10.04.2013 | F-342 - JAROSTAIN INVESTMENT, S.A.<br>Estado de Cuentas adjunto | $ 1,140.00 | |
| 11.04.2013 | F-343 - FADELMA INVESTMTS CORP.<br>Estado de Cuentas adjunto | $ 1,010.00 | |
| 09.04.2013 | F-390 - GLOBALIA CORPORATION<br>Estado de Cuentas adjunto | $ 755.00 | |
| 10.04.2013 | F-501 - Fundación LOS ROSALES<br>Estado de Cuentas adjunto | $ 1,030.00 | |
| | Saldo a Nuéstro Favor: | $ 3,935.00 | |

Señora Doña
Beatriz Mejía de del Corral
**Edificio PUNTA DEL ESTE**
Calle 18-AA Sur No. 29-C - 95
Apartamento No. 502
MEDELLIN, Colombia

**GLOBALIA CORPORATION**
Apartado No. 0816-00032
Panamá 5, República de Panamá

8 de Noviembre de 2.006

Señores
Citigroup-SMITH BARNEY
Atención:  Sr. Timothy Collett
           Sr. Ricardo Jeoffrey
Fax No. 001/305-376-8545
Miami

Estimados señores:

Ref.  Cuenta No. ██████████3-809

Por la presente nos permitimos solicitar a ustedes se sirvan efectuar una transferencia por la suma de $ 35.000.00 (Treinta y Cinco Mil Dólares) de la cuenta arriba mencionada a la cuenta No. ██████████10-80 a nombre de Fadelma Investments Corp.

Agradeciéndoles su atención a la presente, nos suscribimos de ustedes,

Atentamente,
GLOBALIA CORPORATION

M.C. de Espinosa

**SMITH BARNEY**
citigroup

Attachment 4

Delcoma Investments Corp.
1121 Crandon Blvd.
Apt D-1001
Key Biscayne, FL 33149-2775

**Projected Monthly Income - Detail**

Prepared by TIMOTHY COLLETT
Ph. 305-379-1000

As of  03/28/2003

Acct. ▮▮▮▮▮4-17

WEIRTON STEEL CORP CV PFD                    (1)

▮▮▮▮2000
Quantity:      360.000

| Totals | $12,231 | $38,066 | $16,744 | $15,126 | $15,344 | $11,362 | $12,231 | $38,066 | $13,806 | $19,126 | $15,344 | $11,362 | $218,808 |

(1) No Annual Dividend. No income reported

(2) No Coupon Rate or was zero. No income reported

C0263

The above summary/prices/quotes/statistics have been obtained from sources believed reliable but are not necessarily complete and cannot be guaranteed.  The information contained in monthly account statements and confirmations reflects all transactions processed by Smith Barney, and as such supersedes all other reports for financial and tax purposes. This report does not supersede or replace your monthly Smith Barney Client Statement. Smith Barney is a division and service mark of Salomon Smith Barney Inc. If we do not hold the securities in a Smith Barney account, the report reflects securities which we believe you own, based upon your communications with your Financial Consultant.

Page 18

**ᔕᔕ Merrill Lynch**

*alril 1²/2003*          Attachment 3

**MONTHLY INTEREST**
Prepared for
**DELCOMA INVESTMENTS S.A**

04/01/03

| | | | | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Interest Income | | 22,508 | 5,448 | 14,816 | 38,951 | 14,288 | 23,910 | 22,508 | 8,223 | 14,816 | 38,951 | 14,288 | 23,909 | **242,616** |
| QTY | ISSUER | COUPON | MATURITY | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | TOTAL |
| 30,000 | STEERS HILTON | 7.000% | 04/15/07 | | | | 1,050 | | | | | | 1,050 | | | 2,100 |
| 30,000 | LUCENT TECHNOLOGIES | 7.250% | 07/15/06 | 1,088 | | | | | | 1,088 | | | | | | 2,175 |
| 50,000 | UNISYS CORP NOTES | 8.125% | 06/01/06 | | | | | | 2,031 | | | | | | 2,031 | 4,063 |
| 100,000 | *USD BRASIL NEW NMB TRUST | 9.125% | 04/15/09 | | | | 4,800 | | | | | | 4,800 | | | 9,600 |
| 50,000 | USD PETROQUIMICA SA | 11.000% | 10/29/04 | | | | 2,750 | | | | | | 2,750 | | | 5,500 |
| 160,000 | USD MINISTRY FINANCE RUS | 10.000% | 06/26/07 | | | | | | | 8,000 | | | | | 8,000 | 16,000 |
| 15,820 | USD ROSBK INTL FINAN BV | 7.000% | 07/01/12 | 554 | | | | | | 554 | | | | | | 1,107 |
| 55,000 | BRASIL REPUBLIC OF GLB BND | 9.375% | 04/07/08 | | | | 2,075 | | | | | | 2,075 | | | 2,150 |
| 120,000 | BRASIL REPUBLIC OF GLB BND | 10.125% | 05/15/27 | | | | | 6,075 | 4,242 | | | | | 6,075 | | 12,150 |
| 100,000 | ST GEORGE PFD | 8.485% | | 4,242 | | 2,065 | | | | 4,242 | | 2,065 | | | | 8,485 |
| 100,000 | VENEZUELA GBL BONDS | 9.250% | 09/15/27 | | | 4,625 | | | | | | 4,625 | | | | 9,250 |
| 45,000 | REPUBLIC OF BRASIL GBL BND | 10.250% | 01/14/06 | 2,300 | | | | | | 2,306 | | | | | 4,075 |
| 30,000 | UNITED MEXICAN STATES NT | 8.375% | 01/14/11 | 1,256 | | | | | | 1,256 | | | | | | 2,513 |
| 50,000 | BANCO BRADESCO SA | 10.250% | 12/15/11 | | | | | | | | | | | | | 2,513 |
| 100,000 | GAZPROM BONDS | 9.125% | 04/25/07 | | | | 4,563 | | | 2,563 | | | 4,563 | | 2,563 | 5,125 |
| 74,000 | PECOM ENERGIA SA | 9.000% | 05/01/09 | | | | | | | | | | 4,563 | | | 9,125 |
| 36,000 | REPUBLIC OF ECUADOR | 12.000% | 11/15/12 | | | | | 3,330 | | | | | | 3,330 | | 6,660 |
| 30,000 | ***REPUBLIC OF ECUADOR | MULTI% | 08/15/30 | | | 900 | 2,160 | | | | 900 | | 2,160 | | | 4,320 |
| 50,000 | TENN VALLEY AUT CALLABLE | 6.250% | 04/15/17 | | | | 1,563 | | | | | | 1,563 | | | 3,125 |
| 50,000 | NM GENERAL MTRS QUATERLY | 7.150% | 03/15/12 | | | 894 | | | 894 | | | 894 | | | 894 | 3,575 |
| 50,000 | FEDERAL NATL MTG ASSOCI | 4.500% | 06/27/07 | | | | | | 1,125 | | | | | | 1,125 | 2,250 |
| 1,800 | BCH CAPITAL LIMITED PFD | 9.430% | | 1,061 | | | 1,061 | | | 1,061 | | | 1,061 | | | 4,243 |
| 10,000 | BANESTO HLDGS LTD PFD | 10.500% | | 6,563 | | | 6,563 | | | 6,563 | | | 6,563 | | | 26,250 |
| 4,000 | CREDIT LYONNAIS PFD | 9.500% | | 2,375 | | | 2,375 | | | 2,375 | | | 2,375 | | | 9,500 |
| 3,200 | ANZ EXCHNGBL TR II PFD | 8.080% | | 1,616 | | | 1,616 | | | 1,616 | | | 1,616 | | | 6,464 |
| 1,200 | SUNCOR ENERGY INC PFD | 9.125% | | | | 684 | | | 684 | | | 684 | | | 684 | 2,737 |
| 2,000 | MORGAN STANLEY CAP PFD | 7.250% | | 906 | | | 906 | | | 906 | | | 906 | | | 3,625 |
| 2,000 | GENERAL MOTORS PFD | 7.375% | | 922 | | | 922 | | | 922 | | | 922 | | | 3,688 |
| 2,000 | HARTFORD CAP III PFD | 7.450% | | 931 | | | 931 | | | 931 | | | 931 | | | 3,725 |
| 2,000 | NATIONAL COMM CAP II PFD | 7.700% | | | | 963 | | | 963 | | | 963 | | | 963 | 3,850 |
| 2,000 | GENERAL ELECTRIC CAP PFD | 6.625% | | | | 828 | | | 828 | | | 828 | | | 828 | 3,312 |
| 4,435 | NEWSCORP OVERSEAS PFD | 8.625% | | 2,391 | | | 2,391 | | | 2,391 | | | 2,391 | | | 9,563 |
| 2,000 | REPSOL INTL CAPI LTD PFD | 7.450% | | | | 931 | | | 931 | | | 931 | | | 931 | 3,725 |
| 2,729 | SWIRE PACIFIC CAPTL LTD PFD | 8.840% | | | 1,508 | | | 1,508 | | | 1,508 | | | 1,508 | | 6,031 |
| 4,200 | TOTTA & ACORES FIN PFD | 8.875% | | | | 2,330 | | 2,330 | | | | 2,330 | | | 2,330 | 9,319 |
| | A = E | | | | | 585 | | 585 | | | 585 | | 585 | | | 2,341 |